**Order entered November 7, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00292-CV

## ORCA ASSETS, G.P., L.L.C., Appellant

## V.

## JP MORGAN CHASE BANK, N.A., ET AL., Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-13886**

## ORDER

Before the Court is appellant's November 4, 2022 unopposed second motion for an extension of time to file its opening brief. We **GRANT** the motion and extend the deadline to **December 5, 2022**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE